UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.                                                                                      Case No: 8:16-cv-88-T-36JSS

SERVISFIRST BANK INC. and
GREGORY W. BRYANT,

    Defendants.
_____/

**ORDER ON PLAINTIFF'S MOTION TO SEAL PORTIONS OF THE
HEARING TRANSCRIPT OF THE MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER is before the Court on Plaintiff's Motion to Seal Portions of the Hearing Transcript of the Motion for Preliminary Injunction ("Motion") (Dkt. 142), filed on May 27, 2016. In the Motion, Plaintiff requests that portions of the transcripts from the April 26 and 28, 2016 evidentiary hearing on Plaintiff's motion for preliminary injunction be sealed because, during the evidentiary hearing, the parties presented testimony regarding Plaintiff's customers and banking relationships, some of which revealed confidential information about Plaintiff's customers and business. Therefore, Plaintiff moves to seal portions of the evidentiary hearing's transcripts to protect the confidential information of Plaintiff and its customers. On June 28, 2016, a hearing was held on the Motion at which counsel for Defendants stated that they have no objection to the relief requested in the Motion. Accordingly, it is

    **ORDERED**:

    1.    The Motion (Dkt. 142) is **GRANTED**.

2. Plaintiff shall submit the redacted transcripts to the Court by June 29, 2016.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record