UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.                            Case No: 8:16-cv-88-T-36JSS

SERVISFIRST BANK INC. and
GREGORY W. BRYANT,

    Defendants.
_____/

**ORDER ON PLAINTIFF'S RENEWED MOTION TO SEAL
UNDER FLORIDA STATUTES §§ 655.059, 688.006, 15 U.S.C. §§ 6801–6809
AND OTHER APPLICABLE LAW WITH RESPECT TO EVIDENTIARY HEARING**

    THIS MATTER is before the Court on Plaintiff's Renewed Motion to Seal under Florida Statutes §§ 655.059, 688.006, 15 U.S.C. §§ 6801–6809 and Other Applicable Law with Respect to Evidentiary Hearing ("Motion") (Dkt. 100), filed on April 26, 2016.  The Motion, filed before the April 26 and 28, 2016 evidentiary hearing on Plaintiff's motion for preliminary injunction, requests that certain exhibits admitted at the evidentiary hearing be filed under seal.  On June 28, 2016, a hearing was held on the Motion at which counsel for Plaintiff stated that the relief requested in the Motion is no longer requested because the exhibits that were admitted at the evidentiary hearing do not need to be filed under seal.  Therefore, the Motion is moot.  Accordingly, it is

    **ORDERED** that the Motion (Dkt. 100) is **DENIED** as moot.

    **DONE** and **ORDERED** in Tampa, Florida on June 28, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:
Counsel of Record