**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| CENTENNIAL BANK, | ) | |
| an Arkansas state chartered bank, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 8:16-cv-00088-CEH-JSS |
| | ) | |
| SERVISFIRST BANK INC., an | ) | |
| Alabama state chartered bank, | ) | |
| and GREGORY W. BRYANT, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ADAM D. SHARP OF E-HOUNDS, INC.

I, Adam D. Sharp, hereby declare as follows:

1.      I am over the age of 18 and have personal knowledge of the following facts.

2.      I previously submitted a declaration on August 12, 2016. Since that time, I have generated the following reports at the request of counsel for Gwynn Davey and Pat Murrin: (1) a list of devices that accessed their respective Gmail accounts, (2) a list of apps used on their respective iPhones and iPads, and (3) a list of files contained on Murrin's laptop. I provided those reports to counsel, and it is my understanding that he produced those reports to counsel for Centennial Bank on August 30, 2016.

3.      In addition, I conducted a search of the preserved data using the following search terms provided by counsel for Davey and Murrin:

    a.   Centennial Bank

    b.   Bay Cities Bank

c.  Bob Birch

d.  Alma Bizares

e.  Yocaira Harris

f.  gbryant@catapultsol.com

g.  Abizares15@gmail.com

h.  Jonathan.zunz@gmail.com

i.  Jennster42@hotmail.com

j.  "Michelle Smith"

k.  "Southeast Title"

l.  "Comfort Designs"

m.  Dyce

n.  Mcgrath

o.  Fratello

p.  Sitewit

q.  Stockon

r.  Panther

s.  SRO

t.  Darrey

u.  "JR Structures"

v.  Lagrone

w.  Sunshine

x.  Chappell

    y.  Lasa

    z.  "Dorris Jones"

    aa. "Natalie Conner"

    bb. "Love My Dog"

    cc. "Fleet Street"

    dd. "Christian Tyler"

    ee. Stahl

    ff.  Moench

    gg. "Directed Capital"

    hh. "New Life"

    ii.  Byczek.

In addition, I searched Davey's data for "pmurrin51@gmail.com" and Murrin's data for "gwynndavey@gmail.com."

4.    A large amount of data from Murrin's laptop was responsive to the term "Bay Cities Bank." It does not appear that Murrin accessed any of that data after November 2015. I provided a file transfer link to all of that data to counsel for Davey and Murrin, and it is my understanding that he provided that link to counsel for Centennial.

5.    The data responsive to the other terms was limited, and I provided all responsive documents to counsel for Davey and Murrin. It is my understanding that he provided those documents to counsel for Centennial, with the exception of six documents that were withheld based on privilege.

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on

September 8, 2016.

_____

Adam D. Sharp